03-398S

# United States Court of Appeals
## For the First Circuit

---

No. 04-2511

ROSA GONZALEZ,

Plaintiff, Appellant,

v.

ANTON AIRFOOD OF RHODE ISLAND, INC.,

Defendant, Appellee.

---

Before

Torruella, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: June 20, 2005

Having reviewed de novo the district court's dismissal of Appellant Rosa Gonzalez's complaint for want of jurisdiction, we affirm. We find further that Appellant has waived any challenge to the district court's ruling by failing to address the court's grounds for dismissal in her appeal. US v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990). Finally, Appellant presents no extraordinary circumstances excusing her failure to raise her sexual harassment claim in the district court before attempting to assert it anew on appeal. United States v. McKelvey 203 F.3d 66, 70 (1st Cir. 2000).

The decision of the district court is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: Rosa Gonzalez, Steven T. Hayes, Esq. and Alison N. Davis, Esq.]